IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEFFREY SMITH**  PLAINTIFF
**ADC #109695**

v.  Case No. 1:18-cv-00033-KGB

**WENDY KELLEY,** *et al.*  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Jeffrey Smith's complaint is dismissed without prejudice.

It is so adjudged this 6th day of February, 2019.

_____
Kristine G. Baker
United States District Judge